IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | **Chapter 13 Proceedings** |
| Eric C. Lemon | : | **Case No.: 20-60332** |
| Megan S. Lemon | : | **Judge Russ Kendig** |
| **Debtors** | | |

## NOTICE OF CONTINUED 341 FIRST MEETING OF CREDITORS

Now comes Standing Chapter 13 Trustee, Dynele L. Schinker-Kuharich, and states that: The 341 First Meeting of Creditors has been continued to April 1, 2020 at 1:30 p.m. The meeting will take place at the Ralph Regula Federal Building and U.S. Courthouse (Room #194), located at 401 McKinley Avenue S.W., Canton, Ohio 44702.

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com

# CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2020, a true and correct copy of the Notice was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Office of the Chapter 13 Trustee at dlsk@Chapter13Canton.com
- David A. Mucklow, Counsel for Eric C. and Megan S. Lemon, at davidamucklow@yahoo.com

and via regular U.S. Mail, postage prepaid, upon:

Eric C. Lemon, Debtor
658 N. Bever Street
Wooster, OH 44691

Megan S. Lemon, Debtor
658 N. Bever Street
Wooster, OH 44691

All Creditors on the attached mailing list

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0647-6<br>Case 20-60332-rk<br>Northern District of Ohio<br>Canton<br>Thu Mar 12 13:41:25 EDT 2020 | United States Bankruptcy Court<br>Ralph Regula U.S. Courthouse<br>401 McKinley Avenue SW<br>Canton, OH 44702-1745 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| Capital One<br>PO Box 30281<br>Salt Lake City, UT 84130-0281 | Capital One / Maurices<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | Catholic Charities Corp.<br>Centralized Billing Dept.<br>6753 State Rd.<br>Parma, OH 44134-4517 |
| Consumer Portfolio<br>19500 Jamboree Rd., Ste. 500<br>Irvine, CA 92612-2437 | Credit Collection Services<br>PO Box 710<br>Norwood, MA 02062-0710 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 |
| Debt Recovery Solutions<br>1669 Lexington Ave.<br>Mansfield, OH 44907-2944 | Dept of Ed / Nelnet<br>PO Box 82561<br>Lincoln, NE 68501-2561 | Eagle Loan Company of Ohio, Inc.<br>331 N. Lexington Springmill Rd.<br>Suite 135<br>Ontario, OH 44906-1373 |
| Enhanced Recovery Co.<br>8014 Dayberry Rd.<br>Jacksonville, FL 32256-7412 | First Premier Bank<br>3820 N Louise Ave.<br>Sioux Falls, SD 57107-0145 | Incorp Services, Inc as agent for<br>Eagle Loan Company of Ohio, Inc.<br>9435 Waterstone Blvd., Ste. 140<br>Cincinnati, OH 45249-8229 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kohls Dept. Store<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | (p)PHOENIX FINANCIAL SERVICES LLC<br>PO BOX 361450<br>INDIANAPOLIS IN 46236-1450 |
| Richland Bureau of Credit<br>PO Box 1548283 Glessner Ave<br>Mansfield, OH 44901 | Siemans Agency<br>4963 Wintersuite Dr.<br>Liverpool, NY 13088 | (p)TEAM RECOVERY INC<br>PO BOX 1643<br>STOW OH 44224-0643 |
| US Dept of Education<br>2401 International<br>PO Box 7859<br>Madison, WI 53707-7859 | David A. Mucklow<br>919 E Turkeyfoot Lake Road #B<br>Akron, OH 44312-5250 | Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1435 |
| Eric C. Lemon<br>658 N. Bever Street<br>Wooster, OH 44691-2948 | Megan S. Lemon<br>658 N. Bever Street<br>Wooster, OH 44691-2948 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital System
16 Mcleland Rd
Saint Cloud, MN 56303

Phoenix Financial Services, LLC
PO Box 361450
Indianapolis, IN 46236

Team Recovery Inc
PO Box 1643
3914 Clock Pointe Trail Ste 101
Stow, OH 44224