UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: ) CHAPTER 13 PROCEEDING
)
Eric C. Lemon ) CASE NO: 20-60332
Megan S. Lemon )
)
DEBTOR(S) ) JUDGE KENDIG

## REPORT OF MEETING OF CREDITORS

☒ The Meeting of Creditors was held on <u>April 1, 2020</u> and concluded.

☐ The Meeting of Creditors was **not held** and was continued to _____ at _____ for the reason(s) set forth below.

☐ Debtor(s) failed to appear ☐ Counsel for Debtor failed to appear
☐ Chapter 13 Payment not received ☐ No photo identification
☐ Income Tax Return not received ☐ No documentation of Social Security Number
☐ Request by Counsel for Debtor(s) ☐ Other _____.

☐ The Meeting of Creditors was held on _____ and was continued to _____ at _____ for the reason(s) set forth below.

The item(s) below have been requested by the Trustee. If the Meeting of Creditors was held and continued, the requested item(s) must be provided prior to the continued date. If the requested item(s) have not been provided, Debtor(s) and Counsel must attend on the continued date.

☐ Bank Statement(s) ☐ Homeowner's Insurance Declarations Page
☐ Two Most Recent Pay Advices ☐ Most Recent Mortgage Statement
☐ Evidence of Vehicle Insurance ☐ File Confirmation Review Summary
☐ Evidence of Tax Return Filing ☐ File Motion to Pay Mortgage Direct
  for Tax Year(s) _____. ☐ File Application for Attorney Fees
☐ Retirement loan end date(s) ☐ _____.

Trustee notes the following about this case:

☐ The proposed Plan is currently unfeasible.
☐ The Means Test requires a dividend to general unsecured creditors of ____%.
☐ Debtor(s) are not committing all disposable income to the Plan.
☐ Amend Plan for _____.
☐ Amend Schedule _____ for _____.
☒ Non-exempt 2019 tax refund - $1,564.50
☒ Income understated for debtor-husband
☒ File change of address

_____     /s/ Dynele L. Schinker-Kuharich
Attorney for Debtor(s)     Dynele L. Schinker-Kuharich, Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2020, a true and correct copy of the Report of Meeting of Creditors was served via the Court's Electronic Case Filing System upon these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of the United States Trustee at [RegisteredEmailAddress]@usdoj.gov
- Office of the Chapter 13 Trustee at dlsk@Chapter13Canton.com
- David A. Mucklow, Counsel for Eric C. and Megan S. Lemon, at davidamucklow@yahoo.com

and by regular U.S. Mail, postage prepaid, upon:

Eric C. Lemon, Debtor
658 N. Bever Street
Wooster, OH 44691

Megan S. Lemon, Debtor
658 N. Bever Street
Wooster, OH 44691

/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich
Chapter 13 Trustee