The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



Russ Kendig
United States Bankruptcy Judge

Dated: 11:02 AM June 9, 2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CANTON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-60332 |
| | ) | |
| Eric C. Lemon | ) | IN PROCEEDINGS UNDER |
| Megan S. Lemon, | ) | CHAPTER 13 |
| | ) | |
| Debtor(s) | ) | BANKRUPTCY JUDGE |
| | ) | RUSS KENDIG |

### ORDER TO INCUR ADDITIONAL CREDIT

This matter came on the Motion of the Debtors, Eric and Megan Lemon, to Incur Additional Credit. The Debtors have alleged that good cause for granting the Motion exists, all necessary parties were served with the Motion, and the Court being advised in the premises, and no objections being lodged; it is therefore ordered:

1. The Debtors are authorized to enter into a purchase security agreement pursuant to Bankruptcy Rule 4001(c)(1)(A) for a replacement vehicle with monthly payments of approximately $415.00.

# # #

**SUBMITTED BY:**


/s/ David A. Mucklow_____
David A. Mucklow, (#0072875)
Attorney for Debtor
919 E. Turkeyfoot Lake Road, Ste. B
Akron, OH 44312
Phone (330) 896-8190
Fax (330) 896-8201
davidamucklow@yahoo.com


*A. Michelle Jackson Limas*
Dynele L. Schinker-Kuharich, Trustee (#0069389)
A. Michelle Jackson Limas,
Staff Attorney (#0074750)
200 Market Avenue North Ste. 30
Canton, OH 44702
Phone (330) 455-2222
Fax (330) 754-6133
DLSK@chapter13canton.com

**SERVICE LIST:**

- Dynele L Schinker-Kuharich    DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov
- David A. Mucklow davidamucklow@yahoo.com

**US Mail:**

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Capital One
PO Box 30281
Salt Lake City, UT 84130

Capital One / Maurices
PO Box 30253
Salt Lake City, UT 84130

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Catholic Charities Corp.
Centralized Billing Dept.
6753 State Rd.
Parma, OH 44134

CNY Fertility
Simon's Agency Inc
PO Box 5026
Syracuse, NY 13220

Consumer Portfolio
19500 Jamboree Rd., Ste. 500
Irvine, CA 92612

Credit Collection Services
PO Box 710
Norwood, MA 02062

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Debt Recovery Solutions
1669 Lexingtion Ave.
Mansfield, OH 44907

Debt Recovery Solutions of Ohio, Inc.
P.O. Box 1307
Mansfield, Oh 44901-1307

Dept of Ed / Nelnet
PO Box 82561
Lincoln, NE 68501

Eagle Loan Company of Ohio, Inc.
331 N. Lexington Springmill Rd.
Suite 135
Ontario, OH 44906

Enhanced Recovery Co.
8014 Dayberry Rd.
Jacksonville, FL 32256

First Premier Bank
3820 N Louise Ave.
Sioux Falls, SD 57107

Incorp Services, Inc as agent for
Eagle Loan Company of Ohio, Inc.
9435 Waterstone Blvd., Ste. 140
Cincinnati, OH 45249

Jefferson Capital System
16 Mcleland Rd
Saint Cloud, MN 56303

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Kohls Dept. Store
PO Box 3115
Milwaukee, WI 53201

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Pendrick Capital Partners, LLC
Peritus Portfolio Services II, LLC
PO BOX 141419
IRVING, TX 75014-1419

Phoenix Financial Services, LLC
PO Box 361450
Indianapolis, IN 46236

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Premier Bankcard, Llc
Jefferson Capital Systems LLC
Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Richland Bureau of Credit
PO Box 1548283 Glessner Ave
Mansfield, OH 44901

Siemans Agency
4963 Wintersuite Dr.
Liverpool, NY 13088

Team Recovery Inc
PO Box 1643
3914 Clock Pointe Trail Ste 101
Stow, OH 44224

US Dept of Education
2401 International
PO Box 7859
Madison, WI 53704

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457