**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



Russ Kendig
United States Bankruptcy Judge

**Dated: 10:30 AM August 5, 2020**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13 Proceedings** |
| **Eric C. Lemon and** | : | **Case No.: 20-60332** |
| **Megan S. Lemon,** | : | **Judge Russ Kendig** |
| **Debtors.** | | |

### AGREED ORDER SETTLING TRUSTEE'S OBJECTION
### TO CONFIRMATION OF PLAN

This matter is before the Court on Trustee's Objection to Confirmation of the Chapter 13 Plan. The parties have agreed to the following:

1. The Plan payment shall increase to $570.00 per month beginning in August 2020 to resolve feasibility issues.

2. The general unsecured creditors shall not receive less than the Chapter 7 value pursuant to 11 U.S.C Section 1325 (a)(4) of $1,564.50 (nonexempt equity in the 2019 tax refunds).

3. The delinquency, if any, is hereby suspended as of the date of this order.

4. Trustee may extend the length of the Plan, if necessary, in order to maintain feasibility of the Plan.

**THEREFORE, IT IS THE ORDER OF THIS COURT** that the Plan of the Debtor(s) is

amended as stated above.

###

**Approved By:**


/s/ David A. Mucklow
David A. Mucklow
Attorney for Eric C. and Megan S. Lemon


**Submitted By:**


/s/ Dynele L. Schinker-Kuharich
Dynele L. Schinker-Kuharich (0069389)
Chapter 13 Trustee
A. Michelle Jackson Limas (0074750)
Staff Counsel to the Chapter 13 Trustee
200 Market Avenue North, Ste. 30
Canton, OH 44702
Telephone: 330.455.2222
Facsimile: 330.754.6133
Email: DLSK@Chapter13Canton.com


**NOTICES TO:**

Office of the United States Trustee, via the Court's Electronic Case Filing System at
[RegisteredEmailAddress]@usdoj.gov

Office of the Chapter 13 Trustee, via the Court's Electronic Case Filing System at
dlsk@Chapter13Canton.com

David A. Mucklow, Counsel for Eric C. and Megan S. Lemon, via the Court's Electronic Case
Filing System at davidamucklow@yahoo.com

Eric & Megan Lemon, Debtors, via regular mail at:
1040 Allen Drive
Wooster, OH 44691