# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CANTON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 20-60332 |
| | ) | |
| Eric C. Lemon | ) | IN PROCEEDINGS UNDER |
| Megan S. Lemon, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | BANKRUPTCY JUDGE |
| | ) | KENDIG |

## MOTION TO INCUR CREDIT TO PURCHASE REAL PROPERTY

**NOW COMES, Eric and Megan Lemon**, the Debtors by and through their undersigned counsel and moves this Court, under § 364 (c)(2) and other sections of the Bankruptcy Reform Act of 1978, as amended (the "Bankruptcy Code") and under the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") for an order authorizing the Debtor to incur credit to purchase real property. In support of this Motion, the Debtors states:

## MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2. This Chapter 13 case was commenced by the filing of a Petition by the Debtors on February 24, 2020, and confirmed on August 20, 2020.

3. The current plan payment is $570.00 with unsecured creditors receiving a minimum of $1,564.50.

3. The Debtor, Eric Lemon would like to obtain financing to purchase real property, which the Debtors will reside. Pursuant to Section 364 of the Bankruptcy Code, the Debtor may incur additional credit. In addition, the monthly payments will be no more than $30.00 more than the current rent payment, therefore the Debtor will be able to maintain the payments. Amended schedules I and J will be filed to reflect the new mortgage payments.

4. The Debtor wishes to enter into a mortgage loan agreement in the approximate amount of $103,098.00 at 3.750% interest, with monthly payments of approximately $779.00 which includes escrow as reflected in the attached Uniform Residential Loan Application. Also, the Debtor will be required to pay a down payment of approximately $10,018.00, which will be paid from the Debtors IRA funded by his employer.

WHEREFORE, the Debtor prays for an Order to incur additional credit to allow the Debtor to purchase real property.

Respectfully submitted:

/s/ David A. Mucklow
DAVID A. MUCKLOW (#0072875)
Attorney for the Debtors
919 E. Turkeyfoot Lake Road
Suite B
Akron, OH 44312
Phone (330) 896-8190
Fax (330) 896-8201
davidamucklow@yahoo.com

## NOTICE

Eric and Megan Lemon., Debtors, by and through their undersigned counsel have filed a motion to incur additional credit in this bankruptcy case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant this Motion, or if you want the Court to consider your views on the Motion, then on or before **April 13, 2021**, you or your attorney must

File with the court a written request for hearing {or, *if the court requires a written response,* an answer, explaining your position} at:
Ralph Regula Federal Building
U.S. Courthouse
401 McKinley Ave. SW
Canton, OH 44702

If you mail your request/response to the court for filing, you must mail it early enough so the court will receive it on or before **April 13, 2021**.

You must also mail a copy to:

David A. Mucklow, Esq.
Attorney for the Debtor
919 E. Turkeyfoot Lake Road #B
Akron, OH 44312

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

## CERTIFICATE OF SERVICE

I certify that on or about 29th day of March, 2021 that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

- Dynele L Schinker-Kuharich   DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com
- United States Trustee   (Registered address)@usdoj.gov

I certify on or about 29th day of March, 2021 that a true and correct copy of the foregoing was sent via U.S. regular mail to the persons listed below.

Eric Lemon
Megan Lemon
1040 Allen Drive
Wooster, Ohio 44691

See Creditor Matrix Attached.

/s/ David A. Mucklow
DAVID A. MUCKLOW, (#0072875)
Attorney for the Debtors

Ally Bank
PO Box 130424
Roseville MN 55113-0004

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Catholic Charities Corp.
Centralized Billing Dept.
6753 State Rd.
Parma, OH 44134

CNY Fertility
Simon's Agency Inc
PO Box 5026
Syracuse, NY 13220

Consumer Portfolio
19500 Jamboree Rd., Ste. 500
Irvine, CA 92612

Credit Collection Services
PO Box 710
Norwood, MA 02062

Credit One Bank
PO Box 98872
Las Vegas, NV 89193

Debt Recovery Solutions
1669 Lexingtion Ave.
Mansfield, OH 44907

Debt Recovery Solutions of Ohio, Inc.
P.O. Box 1307
Mansfield, Oh 44901-1307

Dept of Ed / Nelnet
PO Box 82561
Lincoln, NE 68501

Eagle Loan Company of Ohio, Inc.
331 N. Lexington Springmill Rd.
Suite 135
Ontario, OH 44906

Enhanced Recovery Co.
8014 Dayberry Rd.
Jacksonville, FL 32256

First Premier Bank
3820 N Louise Ave.
Sioux Falls, SD 57107

Incorp Services, Inc as agent for
Eagle Loan Company of Ohio, Inc.
9435 Waterstone Blvd., Ste. 140
Cincinnati, OH 45249

Jefferson Capital System
16 Mcleland Rd
Saint Cloud, MN 56303

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Kohls Dept. Store
PO Box 3115
Milwaukee, WI 53201

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Pendrick Capital Partners, LLC
Peritus Portfolio Services II, LLC
PO BOX 141419
IRVING, TX 75014-1419

Phoenix Financial Services, LLC
PO Box 361450
Indianapolis, IN 46236

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Premier Bankcard, Llc
Jefferson Capital Systems LLC
Assignee
Po Box 7999
Saint Cloud Mn 56302-9617

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Richland Bureau of Credit
PO Box 1548283 Glessner Ave
Mansfield, OH 44901

Siemans Agency
4963 Wintersuite Dr.
Liverpool, NY 13088

Team Recovery Inc
PO Box 1643
3914 Clock Pointe Trail Ste 101
Stow, OH 44224

US Dept of Education
2401 International
PO Box 7859
Madison, WI 53704

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX 77210-4457

To be completed by the Lender:
Lender Loan No./Universal Loan Identifier _____ Agency Case No. _____

# Uniform Residential Loan Application — Lender Loan Information
This section is completed by your Lender.

## L1. Property and Loan Information

**Community Property State**
☐ At least one borrower lives in a community property state.
☐ The property is in a community property state.

**Transaction Detail**
☐ Conversion of Contract for Deed or Land Contract
☐ Renovation
☐ Construction-Conversion/Construction-to-Permanent
  ○ Single-Closing  ○ Two-Closing
Construction/Improvement Costs $ _____
Lot Acquired Date ___ / ___ / _____ (mm/dd/yyyy)
Original Cost of Lot $ _____

**Project Type**  ☐ Condominium  ☐ Cooperative  ☐ Planned Unit Development (PUD)  ☒ Property is not located in a project

**Refinance Type**
○ No Cash Out
○ Limited Cash Out
○ Cash Out

**Refinance Program**
○ Full Documentation
○ Interest Rate Reduction
○ Streamlined without Appraisal
○ Other _____

**Energy Improvement**
☐ Mortgage loan will finance energy-related improvements.
☐ Property is currently subject to a lien that could take priority over the first mortgage lien, such as a clean energy lien paid for through property taxes (e.g., the Property Assessed Clean Energy program).

## L2. Title Information

**Title to the Property Will be Held in What Name(s):**
Eric C Lemon

**Estate Will be Held in**
◉ Fee Simple
○ Leasehold Expiration Date ___ / ___ / _____ (mm/dd/yyyy)

**Manner in Which Title Will be Held**
○ Sole Ownership          ○ Joint Tenancy with Right of Survivorship
○ Life Estate             ○ Tenancy by the Entirety
○ Tenancy in Common       ○ Other

**For Refinance: Title to the Property is Currently Held in What Name(s):**

**Trust Information**
○ Title Will be Held by an *Inter Vivos (Living)* Trust
○ Title Will be Held by a Land Trust

**Indian Country Land Tenure**
○ Fee Simple On a Reservation
○ Individual Trust Land *(Allotted/Restricted)*
○ Tribal Trust Land On a Reservation
○ Tribal Trust Land Off Reservation
○ Alaska Native Corporation Land

## L3. Mortgage Loan Information

**Mortgage Type Applied For**
○ Conventional    ○ USDA-RD
◉ FHA    ○ VA    ○ Other: _____

**Amortization Type**
◉ Fixed Rate    ○ Other (explain): _____
○ Adjustable Rate
  If Adjustable Rate:
  Initial Period Prior to First Adjustment _____ (months)
  Subsequent Adjustment Period _____ (months)

**Loan Features**
☐ Balloon / Balloon Term _____ (months)
☐ Interest Only / Interest Only Term _____ (months)
☐ Negative Amortization
☐ Prepayment Penalty / Prepayment Penalty Term _____ (months)
☐ Temporary Interest Rate Buydown / Initial Buydown Rate _____ %
☐ Other (explain): _____

**Terms of Loan**
Note Rate  3.750 %
Loan Term  360  (months)

**Mortgage Lien Type**
◉ First Lien
○ Subordinate Lien

**Proposed Monthly Payment for Property**
| | |
|---|---|
| First Mortgage (P & I) | $ 477.46 |
| Subordinate Lien(s) (P & I) | $ |
| Homeowner's Insurance | $ 90.00 |
| Supplemental Property Insurance | $ |
| Property Taxes | $ 140.00 |
| Mortgage Insurance | $ 71.17 |
| Association/Project Dues (Condo, Co-Op, PUD) | $ |
| Other | $ |
| Total | $ 778.63 |

---

Borrower Name(s): Eric C Lemon
Uniform Residential Loan Application — Lender Loan Information
Freddie Mac Form 65 · Fannie Mae Form 1003
Effective 1/2021

8 of 9



GURLA20_S 0718
GURLA20S (POD)
03/22/2021 12:34 PM PST

## L4. Qualifying the Borrower – Minimum Required Funds or Cash Back

| DUE FROM BORROWER(S) | |
|---|---|
| A. Sales Contract Price | $ 105,000.00 |
| B. Improvements, Renovations, and Repairs | $ |
| C. Land *(if acquired separately)* | $ |
| D. For Refinance: Balance of Mortgage Loans on the Property to be paid off in the Transaction *(See Table 3a. Property You Own)* | $ |
| E. Credit Cards and Other Debts Paid Off *(See Table 2c. Liabilities — Credit Cards, Other Debts, and Leases that You Owe)* | $ |
| F. Borrower Closing Costs *(including Prepaid and Initial Escrow Payments)* | $ 7,273.24 |
| G. Discount Points | $ 842.31 |
| H. TOTAL DUE FROM BORROWER(s) *(Total of A thru G)* | $ 113,115.55 |
| **TOTAL MORTGAGE LOANS** | |
| I. Loan Amount<br>Loan Amount Excluding Financed Mortgage Insurance *(or Mortgage Insurance Equivalent)* $ 101,325.00<br>Financed Mortgage Insurance *(or Mortgage Insurance Equivalent)* Amount $ 1,773.00 | $ 103,098.00 |
| J. Other New Mortgage Loans on the Property the Borrower(s) is Buying or Refinancing *(See Table 4b. Other New Mortgage Loans on the Property You are Buying or Refinancing)* | $ |
| K. TOTAL MORTGAGE LOANS *(Total of I and J)* | $ 103,098.00 |
| **TOTAL CREDITS** | |
| L. Seller Credits *(Enter the amount of Borrower(s) costs paid by the property seller)* | $ |
| M. Other Credits *(Enter the sum of all other credits — Borrower Paid Fees, Earnest Money, Employer Assisted Housing, Lease Purchase Fund, Lot Equity, Relocation Funds, Sweat Equity, Trade Equity, Other)* | $ |
| N. TOTAL CREDITS *(Total of L and M)* | $ |
| **CALCULATION** | |
| TOTAL DUE FROM BORROWER(s) *(Line H)* | $ 113,115.55 |
| LESS TOTAL MORTGAGE LOANS *(Line K)* AND TOTAL CREDITS *(Line N)* | - $ 103,098.00 |
| Cash From/To the Borrower *(Line H minus Line K and Line N)*<br>NOTE: This amount does not include reserves or other funds that may be required by the Lender to be verified. | $ 10,017.55 |

Borrower Name(s): Eric C Lemon
Uniform Residential Loan Application — Lender Loan Information
Freddie Mac Form 65 · Fannie Mae Form 1003
*Effective 1/2021*

9 of 9



GURLA20_S 0718
GURLA20S (POD)
03/22/2021 12:34 PM PST

20-60332-jpg    Doc 45    FILED 03/29/21    ENTERED 03/29/21 17:55:15    Page 8 of 8