IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CANTON

| IN RE: | ) | CASE NO. 20-60332 |
|---|---|---|
| | ) | |
| Eric C. Lemon | ) | IN PROCEEDINGS UNDER |
| Megan S. Lemon, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | JUDGE JOHN GUSTAFASON |
| | ) | |

## RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

**Now comes** the Debtors, Eric and Megan Lemon by and through their attorney, David A. Mucklow and states the following in response to the Trustee's Motion to Dismiss:

1. The Debtors do not oppose the Motion to Dismiss this Chapter 13 proceeding.

SUBMITTED BY:

/s/ David A. Mucklow
David A. Mucklow, #0072875
Attorney for Debtors
919 E. Turkeyfoot Lake Road
Suite B
Akron, Ohio 44312
Phone: (330) 896-8190
Fax:    (330) 896-8201
davidamucklow@yahoo.com

# CERTIFICATE OF SERVICE

I certify that on or about 31st day of March, 2023 that a true and correct copy of the foregoing was sent electronically via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice list:

- Dynele L Schinker-Kuharich     DLSK@Chapter13Canton.com, dschinkerkuharich@ecf.epiqsystems.com

- United States Trustee     (Registered address)@usdoj.gov

I certify on or about 31st day of March, 2023 that a true and correct copy of the foregoing was sent via U.S. regular mail to the persons listed below.

Eric Lemon
Megan Lemon
2276 U.S. Hwy 224 E
Greenwich, OH 44837

/s/ David A. Mucklow_____
DAVID A. MUCKLOW, (#0072875)
Attorney for the Debtors