# PROCEEDING MEMO
## HONORABLE JOHN P. GUSTAFSON

In Re:                                                                                Case No. 20-60332-jpg

Eric C. Lemon and Megan S. Lemon                              Chapter 13

**NATURE OF PROCEEDING:**

Doc# 60 Motion to Dismiss Case for Failure to Make Plan Payments

**APPEARANCES:**
- [ ] Debtor(s)
- [ ] Atty for Debtor(s): David A. Mucklow
- [ ] Atty for Creditor:
- [x] Trustee: Dynele L. Schinker-Kuharich
- [ ] Atty for
- [ ] Atty for
- [ ] Atty for
- [ ] Atty for

- [x] HEARING HELD
- [ ] EVIDENCE SUBMITTED
- [ ] DISMISSED
- [ ] HEARING NOT HELD
- [ ] TAKEN UNDER ADVISEMENT
- [ ] MOTION TO CONTINUE F/C ____ DAYS
- [ ] MOTION CUT-OFF
- [ ] AGREED ENTRY ON OR BEFORE ____ DAYS
- [ ] STATUS REPORT ON OR BEFORE ____ DAYS
- [ ] DISCOVERY CUT-OFF
- [ ] MOTION TO BE WITHDRAWN ____ DAYS
- [ ] OBJECTION TO BE WITHDRAWN ____ DAYS
- [ ] FINAL PRE-TRIAL

- [ ] GRANTED
- [ ] APPROVED
- [ ] DISAPPROVED
- [ ] TRIAL

- [ ] DENIED
- [ ] WITH PREJUDICE
- [ ] WITHOUT PREJUDICE
- [ ] SUSTAINED
- [ ] ADJOURNED TO

**COMMENTS OF COURT:**

Hearing held. Debtor does not oppose the Trustee's Motion. [Doc. # 63]. Trustee's Motion to Dismiss will be Granted.

HEARING DATE: Weds., 5/10/2023

FOR COURT USE ONLY
- [ ] Order Uploaded
- [ ] Need Order
- [ ] Return for Action

20-60332-jpg     Doc 64     FILED 05/10/23     ENTERED 05/11/23 07:52:22     Page 1 of 1